NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

United States of America

    v.  Case No. 2:23-mj-131-1

Harvey Hernandez-Hernandez

TAKE NOTICE that the above-entitled case is scheduled for Friday, October 20, 2023 at 11:30 a.m. in Burlington, Vermont, before the Honorable Kevin J. Doyle, Magistrate Judge, for a Preliminary Hearing or Arraignment.

| | |
|---|---|
| Location: Burlington – 410 Courtroom | JEFFREY S. EATON, Clerk<br>By: */s/ H. Beth Cota*<br>Deputy Clerk<br>10/12/2023 |

TO:

Eugenia A. Cowles, AUSA

Mark D. Oettinger, Esq.

Maria Jakobeit, Spanish interpreter